**96–677. State v. Smith.**
Butler C.P. No. CR95050471. This cause is pending before the court as an appeal from the Court of Common Pleas of Butler County. Upon consideration of appellant/cross-appellee's motion to extend time for oral argument,

**96–678. State v. Smith.**
Butler App. No. CA96–02–024. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of appellant's motion to extend time for oral argument,

IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, granted, and time is extended to forty minutes per side.

## MISCELLANEOUS DISMISSALS